1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| SANDRA UNGER, | Civil Action No. 2:05-CV-1634 DFL CMK |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until May 30, 2006, in which to file and serve Plaintiff's Summary Judgement brief. All remaining actions under the scheduling order filed, October 21, 2005, shall proceed under the time limit guidelines set therein.

Dated: May 1, 2006              /s/ Gina Fazio

                                GINA FAZIO,
                                Attorney for Plaintiff.

Dated: May 1, 2006
                                MCGREGOR SCOTT
                                United States Attorney

                                By: /s/ Bobbie J. Montoya
                                (as authorized via facsimile)
                                BOBBIE J. MONTOYA
                                Assistant U.S. Attorney

1           IT IS SO ORDERED.

2    DATED: May 9, 2006.

3

4
                                    _____
5                                   **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28