Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
P.O. Box 26360
Fresno, California 93729
(559) 264-2800

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA UNGER ) | |
| ) | 2:05-CV-1634 DFL CMK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 30 day extension of time, until June 29, 2006, in which to file and serve Plaintiff's Summary Judgement brief. All remaining actions under the scheduling order filed, October 21, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated:  May 30, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, |
| | | Attorney for Plaintiff. |
| 3 | Dated: May31, 2006 | |
| 4 | | MCGREGOR SCOTT |
| | | United States Attorney |
| 5 | | |
| | | By: /s/ Bobbie Montoya |
| 6 | | (as authorized via facsimile) |
| | | BOBBIE MONTOYA |
| 7 | | Assistant U.S. Attorney |

8   IT IS SO ORDERED.

9   DATED:   June 2, 2006.

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE