1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7           IN THE UNITED STATES DISTRICT COURT FOR

8                THE EASTERN DISTRICT OF CALIFORNIA

9

10 SANDRA UNGER              )
                             )   2:05-CV-1634 DFL CMK
11                           )
         Plaintiff,          )   STIPULATION AND ORDER
12                           )
   vs.                       )
13                           )
   JO ANNE B. BARNHART,      )
14 Commissioner of Social    )
   Security,                 )
15                           )
         Defendant.          )
16 _____    )

17

18      IT IS HEREBY STIPULATED by and between the parties as follows: that

19 appellant be granted an additional 60 day extension of time, until August 28, 2006, in

20 which to file and serve Plaintiff's Summary Judgement brief.  All remaining actions under

21 the scheduling order filed, October 21, 2005, shall proceed under the time limit guidelines

22 set therein.

23 / /

24 / /

25 / /

26 / /

27 / /

28

1  Dated: June 29, 2006                    /s/ Gina Fazio

2                                          GINA FAZIO,
                                           Attorney for Plaintiff.
3
   Dated:  June 30, 2006
4                                          MCGREGOR SCOTT
                                           United States Attorney
5
                                           By: /s/ Bobbie Montoya
6                                          (as authorized via facsimile)
                                           BOBBIE MONTOYA
7                                          Assistant U.S. Attorney

8           IT IS SO ORDERED.

9

10 DATED:   July 5, 2006.

11

12                                         _____
                                           **CRAIG M. KELLISON**
13                                         UNITED STATES MAGISTRATE JUDGE