1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8              THE EASTERN DISTRICT OF CALIFORNIA

9                         AT SACRAMENTO

10 SANDRA UNGER                )
                               )        2:05-CV-1634 DFL CMK
11                             )
          Plaintiff,           )        STIPULATION AND ORDER TO DISMISS
12                             )
   vs.                         )
13                             )
   JO ANNE B. BARNHART,        )
14 Commissioner of Social      )
   Security,                   )
15                             )
          Defendant.           )
16 _____)

17

18       IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19 Action filed on August 15, 2005 on behalf of Plaintiff be dismissed.  After thorough review

20 of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to

21 continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to

22 dismissal.

23       Dated: August 28, 2006          /s/ Gina Fazio

24                                       GINA FAZIO, ESQ.
                                         Attorney for Plaintiff
25       Dated: August 30, 2006

26                                       MCGREGOR SCOTT
                                         United States Attorney
27
                                         By: /s/ Bobbie Montoya
28                                       (as authorized via facsimile)
                                         BOBBIE MONTOYA
                                         Assistant U.S. Attorney

1

    IT IS SO ORDERED.

2

DATED:   September 5, 2006.

3

4

5    CRAIG M. KELLISON
     UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2